THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEO DI VITO, Appellant.— Judgment of the County Court, Nassau County, convicting defendant of the crimes of burglary in the third degree and grand larceny in the first degree, each on two counts, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ